

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00460-CR

JOHNNIE DEMPSEY WOOD, Appellant

v.

THE STATE OF TEXAS

§    On Appeal from 97th District Court

§    of Montague County (2018-0170M-CR)

§    November 10, 2021

§    Opinion by Chief Justice Sudderth

§    (p)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgments. We reverse the trial court's judgments and render judgments of acquittal. *See* Tex. R. App. P. 43.2(c), 43.3, 51.2(d).

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth